**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DE'JUAN THOMAS                                                     CIVIL ACTION

VERSUS

                                                NO. 17-1595-SDD-EWD

SALLY GRYDER, ET AL.

## AMENDED SCHEDULING ORDER

The Joint Motion for Extension of Discovery Deadline[1] is **GRANTED** for good cause shown. The previously issued scheduling order is hereby amended as follows:[2]

1. The deadline to join other parties or to file a motion for leave to amend the pleadings is EXPIRED.

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Completed.

    b. <u>Filing</u> all discovery motions and <u>completing</u> all discovery except experts: February 1, 2019

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice. If a motion involves written discovery, the motion must also specifically state which requests are being objected to and the basis of each objection.

    c. Disclosure of identities and resumés of experts:

        Plaintiff(s):      EXPIRED
        Defendant(s):   EXPIRED

    d. Expert reports must be submitted to opposing parties as follows:

        Plaintiff(s):      EXPIRED
        Defendant(s):   EXPIRED

---

[1] R. Doc. 49.
[2] Prior deadlines are restated here for ease of reference unless expired. All new deadlines are indicated in bold type.

    e.  Discovery from experts must be completed by **April 15, 2019.**

 3.  Deadline to file dispositive motions and Daubert motions: **April 30, 2019**

 4.  Deadline to request settlement conference:  May 1, 2019

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.  Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.  Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The district judge will set the remaining deadlines, including dates for a pretrial conference and trial in this matter.

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on January 15, 2019.

                */s/ Erin Wilder-Doomes*
                **ERIN WILDER-DOOMES**
                **UNITED STATES MAGISTRATE JUDGE**