SENTENCE OF THE COURT                    Page 1

STATE OF LOUISIANA, PARISH OF ORLEANS
CRIMINAL DISTRICT COURT

SECTION "D"
JUDGE FRANK MARULLO
CASE NO. 510-378
DATE 1/25/2013
MOTION NO. 11539054

To the Sheriff for the Parish of Orleans --Greetings

WHEREAS DEJUAN R THOMAS
Was by law lately convicted/submitted before the Criminal District Court for
the Parish of Orleans of

Count 1, Violation RS 14 134.1    SEXUAL MALFEASENCE IN PRISON
Count 2, Violation RS 14 43.1     SEXUAL BATTERY
Count 3, Violation RS 14 44.1     SECOND DEGREE KIDNAPPING

And was thereupon sentenced, on 1/25/2013
THE DEFENDANT, DEJUAN R THOMAS, THROUGH COUNSEL WAIVED ALL
DELAYS AND REQUESTED IMMEDIATE SENTENCING.
THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNTS 1 & 3,
5 YEARS, AT THE DEPARTMENT OF CORRECTIONS AT HARD LABOR.
AS TO COUNT 2,
2 YEARS, AT THE DEPARTMENT OF CORRECTIONS AT HARD LABOR.
THIS SENTENCE IS CONCURRENT WITH THESE COUNTS: 1, 2 & 3.
THIS SENTENCE IS CONCURRENT WITH ALL TIME OWED TO THE STATE.
THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED.
PURSUANT TO ARTICLE 892 OF THE CODE OF CRIMINAL PROCEDURE, THE
CRIMINAL CLERK SHOULD NOTIFY THE DEPARTMENT OF CORRECTIONS.
PURSUANT TO ARTICLE 930.8, THE COURT NOTIFIED THE DEFENDANT THAT
IF HE INTENDS TO ASK FOR POST-CONVICTION RELIEF, HE MUST FILE AN
APPLICATION WITHIN TWO YEARS OF THIS SENTENCE.

NOW THEREFORE, you the said Sheriff, are hereby commanded to carry in full
and entire execution every part of the aforesaid sentence.
And in so doing, this shall be sufficient warrant and authority.

Defendants complete address:

_____1740__BARONNE_ST_H_324_____  ____NEW_ORLEANS,_LA_700030000H_324_
Number and Street                       City, State, Zip Code

_____  __11/06/1972__
Telephone Number       Date of Birth

WITNESS _____ JUDGE, presiding in said Criminal
District Court, Section "D", for the Parish of Orleans, in the Hall of
Sittings of the same City of New Orleans, this date 1/25/2013

FRANK A. MARULLO, III, Minute Clerk

FEB 1 5 2013

Exhibit 22

EXHIBIT
I