**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DE'JUAN THOMAS | : | CIVIL ACTION |
| | : | NO. 17-1595-SDD-EWD |
| VERSUS | | |
| | : | JUDGE SHELLY D. DICK |
| SALLY GRYDER, ET AL. | : | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

*************************************************************************

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

**MAY IT PLEASE THE COURT:**

Plaintiff has filed an opposition to defendants' *Motion for Summary Judgment*.[1] Defendants, through the attached *Reply,* desire to address certain arguments and assertions raised by Plaintiff in his opposition, which may aid in the Court in deciding defendants' motion. As such, defendants respectfully request that this Court allow them to file the attached *Reply* into the record of this matter.

**WHEREFORE,** defendants, James LeBlanc, Jerry Goodwin, and Sally Gryder respectfully request that this Court grant the instant motion, and to file their reply into the record of this matter.

*Signature on Next Page*

---

[1] R. Doc. 62.

1

                Respectfully submitted,

                **JEFF LANDRY**
                **ATTORNEY GENERAL**

BY:    /s/ *James G. Evans*
                James "Gary" Evans (#35122)
                Assistant Attorney General
                **Louisiana Department of Justice**
                Litigation Division, Civil Rights Section
                1885 North Third Street, 4th Floor
                Post Office Box 94005 (70804-9005)
                Baton Rouge, Louisiana 70802
                Telephone:   225-326-6300
                Facsimile:    225-326-6495
                E-mail:       evansj@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of May, 2019, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

                /s/ *James G. Evans*
                James G. Evans