UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DE'JUAN THOMAS                                  CIVIL ACTION NO.

VERSUS                                          17-1595-EWD

SALLY GRYDER, ET AL.                            CONSENT CASE.

## AMENDED NOTICE TO COUNSEL
## SETTING TRIAL AND RELATED DEADLINES

This matter is assigned for a 4-day jury trial on **September 28, 2020 at 9:00 a.m.** A *Final Pretrial Conference* will be held in chambers on **July 22, 2020 at 10:00 a.m.**

Accordingly;

1. An Affidavit of Settlement Efforts shall be filed by four (4) weeks before trial. The Affidavit shall conform to the Final Affidavit of Settlement Efforts Instructions for Magistrate Judge Erin Wilder-Doomes, located on the court's website.

2. A *Joint Pretrial Order* shall be filed fourteen (14) days prior to the *Final Pretrial Conference*. The *Joint Pretrial Order* shall conform to the *Uniform Pretrial Order Notice* for Magistrate Judge Erin Wilder-Doomes, located on the court's website.

3. Any *Motions in Limine* shall be filed seven (7) weeks prior to trial and any *Responses* thereto seven (7) days after the filing of the motion. *Motions in Limine* seeking exclusion of documentary or testimonial evidence on the grounds of relevance or undue prejudice (FRE 401 and 403) should not, as a general rule, be filed. The relevance/prejudice inquiry is best addressed in response to trial objections. Counsel is advised that *Motions in Limine* challenging relevance or asserting undue prejudice should be filed only if warranted by extraordinary circumstances.

4. Proposed *Voir Dire*, *Joint Jury Instructions*, and a *Proposed Verdict Form* shall be filed twenty-one (21) days prior to trial.

5. Electronic evidence files (an Electronic Bench Book) shall be provided, by each party, to the courtroom deputy seven days prior to trial. These files will be utilized BY THE COURT ONLY and will not be provided to an

Jury

opposing party. The electronic evidence files should be provided using the specific format outlined under the courtroom technology tab on the court's website. Physical bench books are no longer required for Magistrate Judge Erin Wilder-Doomes.

6. A seven (7) person jury will be selected unless otherwise ordered.

7. Courtroom 3 is a fully equipped electronic courtroom. Counsel shall contact the Courtroom Deputy at 225-389-3584, so that training in the use of this equipment can be scheduled and completed by **counsel** prior to commencement of trial.

8. At the conclusion of trial, the parties shall retain custody of the physical/paper exhibits and be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and be responsible for their safe transmission to the appellate court, if required.

8. Parties are directed to consult the Middle District's *Administrative Procedures and Local Rules* which contain additional *mandatory* filing rules and procedures. The *Administrative Procedures and Local Rules* are available for viewing and download on the court's website.

Baton Rouge, Louisiana, December 12, 2019.

        **ERIN WILDER-DOOMES**
        **U.S. MAGISTRATE JUDGE**
        **MIDDLE DISTRICT OF LOUISIANA**

        **BY:  Brandy Lemelle Route**
                **Courtroom Deputy**