UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DE'JUAN THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1595-EWD** |
| **SALLY GRYDER, ET AL.** | **CONSENT CASE** |

**AMENDED NOTICE TO COUNSEL**
**SETTING TRIAL AND RELATED DEADLINES**

The 4-day jury trial in this matter has been reset to **Monday, January 4, 2021 at 9:00 a.m. in courtroom 5**. A *Final Pretrial Conference* will be held in chambers on **Monday, November 9, 2020 at 10:00 a.m.**

Accordingly;

1. A *Joint Pretrial Order* shall be filed fourteen (14) days prior to the *Final Pretrial Conference*. The *Joint Pretrial Order* shall conform to the forthcoming *Uniform Pretrial Order Notice*.

2. Any *Motions in Limine* shall be filed twenty-one (21) days prior to trial. Responses shall be filed within the time period provided by the local rules. *Motions in Limine* seeking exclusion of documentary or testimonial evidence on the grounds of relevance or undue prejudice (FRE 401 and 403) should not, as a general rule, be filed. The relevance/prejudice inquiry is best addressed in response to trial objections. Counsel is advised that *Motions in Limine* challenging relevance or asserting undue prejudice should be filed only if warranted by extraordinary circumstances.

3. Proposed *Voir Dire*, *Joint Jury Instructions*, and a *Proposed Verdict Form* shall be filed twenty-one (21) days prior to trial.

4. Electronic evidence files (an Electronic Bench Book) shall be provided, by each party, to the courtroom deputy seven days prior to trial. These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided using the specific format outlined under the courtroom technology tab on the court's

    website. Physical bench books are no longer required for Magistrate Judge Erin Wilder-Doomes.

5. A seven (7) person jury will be selected unless otherwise ordered.

6. Courtroom 5 is a fully equipped electronic courtroom. Counsel shall contact the Courtroom Deputy at 225-389-3584, so that training in the use of this equipment can be scheduled and completed by **counsel** prior to commencement of trial.

7. At the conclusion of trial, the parties shall retain custody of the physical/paper exhibits and be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and be responsible for their safe transmission to the appellate court, if required.

8. Parties are directed to consult the Middle District's *Administrative Procedures and Local Rules* which contain additional *mandatory* filing rules and procedures. The *Administrative Procedures and Local Rules* are available for viewing and download on the court's website.

9. If the parties wish to have a settlement conference, they should contact Magistrate Judge Scott J. Johnson at 225-389-3592.

Signed in Baton Rouge, Louisiana, on September 4, 2020.

                              **ERIN WILDER-DOOMES**
                              **UNITED STATES MAGISTRATE JUDGE**