## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DE'JUAN THOMAS**                           **CIVIL ACTION NO.**

**VERSUS**                                    **17-1595-EWD**

**SALLY GRYDER, ET AL.**                      **CONSENT CASE**

### HEARING REPORT AND ORDER

A telephone hearing was held before Magistrate Judge Erin Wilder-Doomes on November 13, 2020, on the Motion to Reschedule Trial Date, filed by De'Juan Thomas (the "Motion").[1]

> **PRESENT:**   **David J. Lanser**          **Phyllis E. Glazer**
>                Counsel for Plaintiff,        Counsel for Defendant,
>                De'Juan Thomas                Sally Gryder

The Motion was discussed.  Counsel for Defendant advised that she has no objection, generally, to a continuance of the January 4, 2021 trial date, but wanted to be sure additional motions would not be filed by Plaintiff.  The Court advised that it is the gatekeeper for motion practice after expired deadlines and that any motion not specifically contemplated to be filed under the remaining scheduling order deadlines would require leave of court.  The Motion will be granted for good cause, without objection, and an amended notice setting trial and related deadlines issued.  Any expired deadlines, *e.g.*, motions in limine, will not be reset.  Counsel for Defendant also questioned whether the case could proceed by bench trial.  The parties shall confer to determine whether there is agreement to convert the trial to a bench trial.

**IT IS ORDERED** that Motion to Reschedule Trial[2] is **GRANTED** for good cause.  The trial is **RESET** as a 4-day jury trial[3] to begin on **March 22, 2021**.

---

[1] R. Doc. 130.
[2] R. Doc. 130.
[3] Defendants requested a trial by jury.  R. Doc. 46, p. 18.

cv25cT0:15

Jury

**IT IS FURTHER ORDERED** that the final pretrial conference is **RESET** to **February 12, 2021** at 10:00 a.m.  A separate Notice Setting Trial and Related Deadlines will be issued.

**IT IS FURTHER ORDERED** that the parties shall confer to determine whether the jury demand will be withdrawn.  By no later than **December 18, 2020** the parties shall file either: 1) a joint stipulation withdrawing the jury demand under Fed. R. Civ. Proc. 38(d); or 2) a notice that the parties intend to proceed with trial by jury.

Signed in Baton Rouge, Louisiana, on November 13, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

2