# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DE'JUAN THOMAS | CIVIL ACTION NO. |
| VERSUS | 17-1595-EWD |
| SALLY GRYDER, ET AL. | CONSENT CASE |

### AMENDED NOTICE TO COUNSEL
### SETTING TRIAL AND RELATED DEADLINES

The 4-day jury trial in this matter has been reset to **Monday, March 22, 2021 at 9:00 a.m. in Courtroom 5**. A *Final Pretrial Conference* will be held in chambers on **Friday, February 12, 2021 at 10:00 a.m.** A final Joint Pretrial Order shall be filed no later than **February 5, 2021.**[1]

Accordingly;

1. Proposed *Voir Dire*, *Joint Jury Instructions*, and a *Proposed Verdict Form* shall be filed no later than **January 22, 2021**.

2. Electronic evidence files (an Electronic Bench Book) shall be provided, by each party, to the courtroom deputy by no later than **February 5, 2021**. These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided using the specific format outlined under the courtroom technology tab on the court's website. Physical bench books are no longer required for Judge Wilder-Doomes.

3. A seven (7) person jury will be selected unless otherwise ordered.

4. Courtroom 5 is a fully equipped electronic courtroom. Counsel shall contact the Courtroom Deputy at 225-389-3584, so that training in the use of this equipment can be scheduled and completed by **counsel** prior to commencement of trial.

5. At the conclusion of trial, the parties shall retain custody of the physical/paper exhibits and shall be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and shall be responsible for their safe transmission to the appellate court, if required.

6. Parties are directed to consult the Middle District's *Administrative*

---

[1] *See*, R. Doc. 111, p. 4.

*Procedures and Local Rules* which contain additional ***mandatory*** filing rules and procedures. The *Administrative Procedures and Local Rules* are available for viewing and download on the Court's website.

7. If the parties wish to have a settlement conference, they should contact Magistrate Judge Richard L. Bourgeois, Jr. at (225) 389-3602 or Magistrate Judge Scott D. Johnson at 225-389-3592.

Signed in Baton Rouge, Louisiana, on December 1, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**