## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DE'JUAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 3:17-cv-01595-SDD-EWD |
| ) | |
| SALLY GRYDER, *et al.* ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

COME NOW, all parties, by and through undersigned counsel to respectfully request an extension of 30 days in which to notify the court whether parties wish to withdraw the jury demand. R. Doc. 132.

On November 13, 2020, Magistrate Judge Erin Wilder-Doomes held a telephonic hearing to discuss the *Motion to Reschedule Trial Date* filed by Plaintiff. The Motion was granted and the trial was continued from January 2, 2021, to March 22, 2021. *Id.* At the hearing, Defendants' counsel suggested that the jury trial be converted to a bench trial, in order to ensure that it can proceed as scheduled in light of Covid-19 concerns regarding juries. In the *Hearing Report and Order*, parties were ordered to confer and determine whether the jury demand will be withdrawn and submit a notice to the court by December 18, 2020. *Id*. Parties have since conferred, but are waiting on confirmation from their clients on whether they wish to proceed with a trial by jury. Parties believe that this issue can be resolved with a 30-day extension to provide notice to the court, which would not interrupt any scheduling deadlines.

WHEREFORE, all parties pray that the instant motion be granted.

[SIGNATURES ON NEXT PAGE]

1

Respectfully submitted,

/s/ David Lanser _____
David Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 533-4521
Email: david.lanser@gmail.com
*Counsel for Plaintiff De'Juan Thomas*

**JEFF LANDRY**
**ATTORNEY GENERAL**

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878)**
**ASSISTANT ATTORNEY GENERAL**
**Louisiana Department of Justice**
**Litigation Division, Civil Rights Section**
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:     225-326-6300
Facsimile:     225-326-6495
E-mail:        GlazerP@ag.louisiana.gov
Counsel for the Defendant, Sally Gryder

2