UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DE'JUAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 3:17-cv-01595-SDD-EWD |
| ) | |
| SALLY GRYDER, *et al.* ) | |
| ) | |
| Defendants. ) | |

### JOINT NOTICE TO COURT REGARDING JURY DEMAND

NOW INTO COURT, through undersigned counsel, come all parties who hereby notify the Court pursuant to R. Doc. 136 that no agreement to waive the jury demand could be reached.

Respectfully submitted,

/s/ *David Lanser*
David Lanser, La. Bar No. 37764
William Most, La. Bar No. 36914
Law Office of William Most
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
(504) 533-4521
David.lanser@gmail.com

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  *s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (LSBA #29878)**
**ASSISTANT ATTORNEY GENERAL**

**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:     225-326-6300
Facsimile:       225-326-6495
E-mail:            GlazerP@ag.louisiana.gov