UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DE'JUAN THOMAS | CIVIL ACTION NO. |
| VERSUS | 17-1595-EWD |
| SALLY GRYDER, ET AL. | CONSENT CASE |

## ORDER

UPON CONSIDERATION of the *Joint Motion to Administratively Close Case;*

IT IS ORDERED that the Motion is GRANTED for good cause shown. The above-captioned case shall be administratively closed.

IT IS FURTHER ORDERED that a Telephonic Status Conference shall be held on the 10th day of May, 2021, at 10:00 a.m. Counsel participating in the Conference shall call 877-336-1839 using access code 9565780 five minutes prior to conference.

Baton Rouge Louisiana, this 9th day of February, 2021.

_____
**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Jury