# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DE'JUAN THOMAS                                        CIVIL ACTION NO.

VERSUS                                               17-1595-EWD

SALLY GRYDER, ET AL.                                 CONSENT CASE

### AMENDED NOTICE TO COUNSEL
### SETTING TRIAL AND RELATED DEADLINES

The 4-day jury trial in this matter has been reset to **Monday, December 6, 2021 at 9:00 a.m. in Courtroom 5**. A *Final Pretrial Conference* will be held in chambers before Judge Wilder-Doomes on **Thursday, November 4, 2021 at 11:00 a.m.** A final Joint Pretrial Order shall be filed no later than **October 21, 2021.**[1]

Accordingly;

1. *Proposed Voir Dire*, *Joint Jury Instructions*, and a *Proposed Verdict Form* shall be filed no later than **October 6, 2021**.

2. Electronic evidence files (an Electronic Bench Book) shall be provided, by each party, to the courtroom deputy by no later than **October 21, 2021**. These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided using the specific format outlined under the courtroom technology tab on the court's website. Physical bench books are no longer required for Judge Wilder-Doomes.

3. A seven (7) person jury will be selected unless otherwise ordered.

4. Courtroom 5 is a fully equipped electronic courtroom. Counsel shall contact the Courtroom Deputy at 225-389-3584, so that training in the use of this equipment can be scheduled and completed by **counsel** prior to commencement of trial.

5. At the conclusion of trial, the parties shall retain custody of the

---

[1] The parties' Joint Final Pretrial Order shall follow the sample located at R. Doc. 27, pp. 5-10. For the final pretrial order, the parties should only list the witnesses and exhibits they intend call/use. If the parties agree they would like certain documents listed as exhibits, those documents should be stated as "Joint Exhibits."

physical/paper exhibits and shall be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and shall be responsible for their safe transmission to the appellate court, if required.

6.  Parties are directed to consult the Middle District's *Administrative Procedures and Local Rules* which contain additional **mandatory** filing rules and procedures. The *Administrative Procedures and Local Rules* are available for viewing and download on the Court's website.

7.  If the parties wish to have a settlement conference, they should contact Magistrate Judge Richard L. Bourgeois, Jr. at (225) 389-3602 or Magistrate Judge Scott D. Johnson at 225-389-3592.

Signed in Baton Rouge, Louisiana, on May 14, 2021.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**