# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **DE'JUAN THOMAS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER 17-cv-1595-EWD** |
| | * | |
| **SALLY GRYDER, ET AL** | * | **MAG. JUDGE ERIN WILDER-DOOMES** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT'S PROPOSED JURY VERDICT FORM

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, Sally Gryder, respectfully suggesting the Court use the following jury verdict form during the upcoming trial.

1. Do you find Plaintiff De'Juan Thomas proved, by a preponderance of the evidence, that Defendant Sally Gryder committed an act that violated Plaintiff De'Juan Thomas's Fourteenth Amendment right to timely release from prison?

    _____YES          _____NO

    **IF YOU ANSWERED "NO" TO QUESTION 1, PLEASE PROCEED DIRECTLY TO THE END OF THE FORM, SIGN AND DATE, AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.  IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE PROCEED TO QUESTION 2.**

2. Do you find Defendant Sally Gryder's acts were the cause of Plaintiff's damages?

    _____YES          _____NO

    **IF YOU ANSWERED "NO" TO QUESTION 2, PLEASE PROCEED DIRECTLY TO THE END OF THE FORM, SIGN AND DATE, AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

3. Do you find that Plaintiff De'Juan Thomas proved that no reasonable official could have believed the actions of Sally Gryder were lawful such that Sally Gryder is <u>not</u> entitled to qualified immunity?

    _____YES       _____NO

**IF YOU ANSWERED "NO" TO QUESTION 3, PLEASE PROCEED DIRECTLY TO THE END OF THE FORM, SIGN AND DATE, AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

4. If you answered "Yes" to Questions 1, 2, and 3, above, please state how much money will compensate the Plaintiff for the damage he suffered that was caused by Defendant Sally Gryder.

    $_____

**PLEASE DATE AND SIGN THIS FORM, AND NOTIFY THE COURTROOM SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

**BATON ROUGE, LOUISIANA, this _____ day of December, 2021.**

**SO SAY WE ALL,**

_____       _____
**JURY FOREPERSON**                     **DATE**

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    s/*Phyllis E. Glazer*
          **PHYLLIS E. GLAZER (#29878)**
          **ASSISTANT ATTORNEY GENERAL**


LOUISIANA DEPARTMENT OF JUSTICE,
LITIGATION DIVISION
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:    225-326-6300
Facsimile:    225-326-6495
E-mail:          GlazerP@ag.louisiana.gov