UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DE'JUAN THOMAS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER 17-cv-1595-EWD** |
| **SALLY GRYDER, ET AL** | * | **MAG. JUDGE ERIN WILDER-DOOMES** |

**************************************

## DEFENDANT'S FINAL EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes the Defendant, Sally Gryder, respectfully submitting the instant **final** list of exhibits she may offer at the trial of this matter.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1. | DPSC Reg. B-04-001 – Classification, Sentencing and Service Functions, Sentencing, Sentence Computation and Good Time Credits |
| 2. | DPSC Reg. B-02-018 – Classification, Sentencing and Service Functions, Classification, Pre-Classification of Offenders |
| 3. | DPSC Reg. B-08-009 (listed as Plaintiff's Exhibit 45) |
| 4. | (a) May 5, 2015 email from Sally Gryder to Donald Cassels, Assistant District Attorney for Orleans Parish<br>(b) May 11, 2015 email from Mr. Cassels to Ms. Gryder |
| 5. | Email from Jesse Jimerson to EJD investigation, Sally Gryder, and Brenda Acklin regarding Plaintiff's Sex Offender Residence Plan |
| 6. | Emails from Jesse Jimerson dated January 4, 2017, to Sally Gryder, Brenda Acklin, Karen Bays, and Kayla Sherman regarding Plaintiff's Residence Plan |
| 7. | Release Paperwork |
| 8. | Probation and Parole Narratives (formerly D-15; P-28) |
| 9. | Deposition of De'Juan Thomas (for impeachment only)[1] |
| | Any exhibit listed by the Plaintiff |

---

[1] The Deposition of De'Juan Thomas will not be offered into evidence, or uploaded in JERS, unless the deposition is used during trial and is admitted into evidence by the Court.

**WHEREFORE**, the Defendant prays that the foregoing Exhibit List be deemed sufficient and that, after due proceedings are had, judgment be entered in favor of Sally Gryder and against the Plaintiff.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/*Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878) (TA)**
**ASSISTANT ATTORNEY GENERAL**
**Louisiana Dept. of Justice**
**Litigation Division, Civil Rights Section**
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:     225-326-6300
Facsimile:      225-326-6495
E-mail:   glazerp@ag.louisiana.gov
Counsel for the Defendant, Sally Gryder