## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DE'JUAN THOMAS**                                     **CIVIL ACTION**

**VERSUS**                                            **NO. 17-1595-EWD**

**SALLY GRYDER, ET AL**                               **CONSENT CASE**

### JUDGMENT ON JURY VERDICT

A jury trial was held before Magistrate Judge Erin Wilder-Doomes from December 3,

2021 through December 7, 2021 with the following participants:

> William B. Most and Caroline Gabriel
> **Counsel for Plaintiff, De'Juan Thomas**
>
> Phyllis E. Glazer
> **Counsel for Defendant, Sally Gryder**

After the parties rested, and following the Court's charging of the jury, the jury deliberated

and returned the following unanimous verdict on December 7, 2021:

> As to Question No. 1 "Do you find that Plaintiff De'Juan Thomas
> has proven, by a preponderance of the evidence, that Defendant
> Sally Gryder committed an act or omission that violated his
> Fourteenth Amendment right to timely release from prison?," the
> jury answered "No."

The jury was individually polled by the Court and confirmed the verdict was unanimous.

Considering the jury's verdict of December 7, 2021, as set forth above:

**IT IS ORDERED** that judgment is rendered in favor of Defendant Sally Gryder and

against Plaintiff De'Juan Thomas.

Signed in Baton Rouge, Louisiana, on December 13, 2021.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**